

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| KELVIN G. MACKEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MACSONS, INC., ) <br> ) <br> Defendant. ) | Civil Action No. 2:17cv374 |

### ORDER OF DISMISSAL WITH PREJUDICE

The Parties have reached a settlement agreement that has been approved by the Court and pursuant to that agreement this matter should be dismissed with prejudice. Accordingly, it is hereby **ORDERED** that this matter shall be and is hereby **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

Entered: 3/19/18

/s/
Arenda L. Wright Allen
UNITED STATES DISTRICT JUDGE